**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TONI BALIJAGIC,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1689-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the Motion for Admission Pro Hac Vice ("Motion"), ECF No. 4, filed by Attorney Elizabeth Eckholm. Ms. Eckholm moves the Court to grant her admission to represent Petitioner Toni Balijagic pro hac vice.

Pursuant to this Court's January 6, 2014, Standing Order regarding Pro Hac Vice Fees, if an attorney not admitted to the bar of this Court who has previously appeared before this Court pro hac vice "wishes to practice in this Court in subsequent matters, then the full and complete admissions requirements as set forth in Local Court Rule AT-1 must be met."[1]

Ms. Eckholm has appeared pro hac vice before this Court in three prior cases: 3:26-cv-512-LS, 3:26-cv-765-DCG, and 3:26-cv-1200-LS. *See* Mot. ¶ 5. Accordingly, to represent Petitioner in the case, Ms. Eckholm must comply fully with the admissions requirements set forth in Local Court Rule AT-1. Indeed, she has already been ordered to do so by another Judge in this Division. Order, *Ceja Gomez v. Bondi et al.*, No. 3:26-cv-765-DCG (W.D. Tex. Mar. 19, 2026), ECF No. 4. And the Court's records reflect that Ms. Eckholm applied for full admission

[1] The Court's Order re: Pro Hac Vice Fees may be found at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Order%20Regarding%20Pro%20Hac%20Vice%20Fees.pdf. Local Court Rule AT-1 may be found at https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/index.html.

to the Court in March 2026 and that Ms. Eckholm was emailed the Oath to have it administered in Minnesota on April 6, 2026. However, the Oath has not been returned, and Ms. Eckholm has not been admitted to the Western District of Texas.

It is therefore **ORDERED** that the Motion is **GRANTED** in part. Ms. Eckholm is **ORDERED**, **by no later than July 14, 2026**, to either (1) **FILE** notice that she completed and returned the Oath and has been fully admitted to the Western District of Texas; or (2) **SHOW CAUSE** for her apparent failure to diligently pursue her application for admission. In the interim, Ms. Eckholm may represent Petitioner pro hac vice in the case until she is either admitted to practice before this Court, denied admission, or is removed for failure to comply with this Order.

**IT IS FURTHER ORDERED** that Ms. Eckholm, if she has not already done so, shall immediately tender the amount of $100, made payable to Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

**SO ORDERED**.

**SIGNED this 30th day of June, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE