**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **TONI BALIJAGIC,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1689-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On June 18, 2026, Toni Balijagic, a national of Bosnia-Herzegovina subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1.

In answer to the Court's Show Cause Order, ECF No. 3, Respondents filed their Response, ECF No. 6, in opposition to Balijagic's Petition. In support, Respondents attach the Declaration of Supervisory Detention and Deportation Officer Vennesa Martinez ("Martinez Decl."), ECF No. 6-1. According to Martinez, when Balijagic was initially detained by immigration authorities in 2007/2008, a travel document request was sent to the Embassy of Bosnia and was denied. Martinez Decl. ¶ 4(1). "The Embassy of Bosnia stated that they do not recognize Balijagic as a Bosnian citizen." *Id.* On June 25, 2026, "ERO requested third country removal to the Removal and International Operations (HQ-RIO) unit," which "recognized Balijagic as a good candidate for third country removal." *Id.* ¶¶ 4(1-2). That day, HQ-RIO added Balijagic to the third country removal tracker. *Id.* ¶ 4(2). "Balijagic is now pending acceptance by a third country for removal." *Id.* ¶ 4(3). According to Martinez, "currently there is no anticipated timeline for removal." *Id.* ¶ 4(5).

Given that Balijagic has been detained for less than a month, Respondents are making efforts to identify a third country for his removal, and Balijagic's removal would likely moot the Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than September 1, 2026**, detailing the following:

(1) whether Respondents have identified a third country for Balijagic's removal, and if not, the anticipated timeline for identification;

(2) if Respondents have identified a third country for Balijagic's removal, whether Respondents have submitted travel documents to that country on Balijagic's behalf, and if not, the anticipated timeline for submission; and

(3) the anticipated timeline for Balijagic's removal.

**SO ORDERED**.

**SIGNED this 1st day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE