**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| TONI BALIJAGIC, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-1689-KC |
| | § | |
| TODD BLANCHE et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On this day, the Court considered the case. On June 30, 2026, the Court granted in part Attorney Elizabeth Eckholm's Motion for Admission Pro Hac Vice ("Motion"), ECF No. 4. *See* June 30, 2026, Order, ECF No. 5. The Court found that Ms. Eckholm had already been ordered to comply fully with the admissions requirements set forth in Local Court Rule AT-1 by another Judge in this Division. *Id.* at 1 (citing Order, *Ceja Gomez v. Bondi et al.*, No. 3:26-cv-765-DCG (W.D. Tex. Mar. 19, 2026), ECF No. 4.). And that Ms. Eckholm applied for full admission to the Court in March 2026 and that Ms. Eckholm was emailed the Oath to have it administered in Minnesota on April 6, 2026. *Id.* However, the Oath has not been returned, and Ms. Eckholm has not been admitted to the Western District of Texas.

The Court thus ordered Ms. Eckholm to either (1) file notice that she completed and returned the Oath and has been fully admitted to the Western District of Texas, or (2) show cause for her apparent failure to diligently pursue her application for admission. *Id.* at 2. Ms. Eckholm was to do so by July 14. *Id.* The Court permitted Ms. Eckholm, in the interim, to represent Petitioner pro hac vice "until she is either admitted to practice before this Court, denied admission, or is removed for failure to comply with this Order." *Id.*

Ms. Eckholm's deadline to file notice of her admission or show cause for her failure to diligently pursue her application for admission has now passed, and Ms. Eckholm has not filed any response to the Court's Order.

Accordingly, the Courts **ORDERS** that Ms. Eckholm is **REMOVED** from the case as counsel of record.  Ms. Eckholm may not file any more documents on behalf of Petitioner Toni Balijagic, who may proceed in this case pro se, or through other counsel.

**IT IS FURTHER ORDERED** that Ms. Eckholm shall **SEND** a copy of this Order to Balijagic and **EXPLAIN** to him that he is now proceeding pro se in this case unless he retains other counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this Order to Balijagic via certified mail, and to Ms. Eckholm via certified mail and email, at the following addresses:

Toni Balijagic
A# 071-693-298
Otero County Processing Center
26 McGregor Range Road
Chaparral, NM 88081[1]

Elizabeth Eckholm
Ratkowski Law
332 Minnesota Street, Suite W1610
St Paul, MN 55101
liz@ratkowskilaw.com

---

[1] Balijagic was initially detained at Camp East Montana in El Paso, Texas, when he filed his Petition for a Writ of Habeas Corpus.  *See* Pet. ¶ 15.  However, the ICE Detainee Locator indicates that Balijagic is now detained at Otero County Processing Center in Chaparral, New Mexico.  *See* ICE Detainee Locator, https://locator.ice.gov/odls/#/results.

**SO ORDERED**.

**SIGNED this 15th day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE