**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **TONI BALIJAGIC,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1689-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On June 18, 2026, Toni Balijagic, a national of Bosnia-Herzegovina subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1.

To answer to the Court's Show Cause Order, ECF No. 3, Respondents filed their Response, ECF No. 6, in opposition to Balijagic's Petition. In support, Respondents attach the Declaration of Supervisory Detention and Deportation Officer Vennesa Martinez ("Martinez Decl."), ECF No. 6-1. According to Martinez, Balijagic was initially detained by immigration authorities in 2007/2008. Martinez Decl. ¶ 1. Respondents further state that "Petitioner was ordered removed on July 18, 2008, and no appeal was filed making it administratively final. . . . [u]pon information and belief, Petitioner was released on an order of supervision on or about February 20, 2009." Resp. 3. Because he is subject to "multiple criminal convictions," it is not clear from the Response whether Petitioner was in criminal custody or immigration custody when he was previously detained after entry of his final removal order in 2008. *See generally id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a supplemental response, **by no later than September 11, 2026**, stating the type of custody Balijagic was in from July 18, 2008, to February 20, 2009.

**SO ORDERED**.

**SIGNED this 3rd day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE