**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TONI BALIJAGIC,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1689-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On September 15, 2026, the Court ordered Respondents, by no later than September 29, 2026, to either (1) remove Toni Balijagic from the United States through lawful means, or (2) release him from custody under reasonable conditions of supervision. Sep. 15, 2026, Order 4, ECF No. 17.

Respondents now inform the Court that, on September 29, 2026, Balijagic was released from custody under an order of supervision. Status Report, ECF No. 18.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Sep. 15, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 1st day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE